

## Chapter 13

# Please take this Form to your Attorney

| | |
|---|---|
| Customer Name | Ryan Sadlicki |
| Purchase Price | $11,995.00 |
| Down Payment | $200.00 |
| Monthly Payment | $385.00 |
| APR on loan | 21.99% |
| Term | 48 Months |
| 36/36 Service Agreement | $999 |
| Trade in - Y/N | |
| Year/Make/Model | 2010 Chevy Impala |
| Miles | 120,000 |
| Sales Rep | Rich Belanich |

### Dealership Contact Info

## Sales - Phone # (630) 403.3800 Fax # (630) 403.3901